# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 21-30435                    Claim ID # : 22

Debtors:     ALICIA BROWN
             489 E 400 S APT 515
             SALT LAKE CITY, UT 84111

Account Number: 2248

Creditor Information:   FMS FINANCIAL SOLUTION
                        9001 EDMONSTON RD STE 20
                        GREENBELT, MD 20770

Amount of Turnover: $7.933.67                    94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $7,933.67**

Dated: 08/01/2024

FILED
U.S. Bankruptcy Court
Western District of NC

**AUG - 6 2024**

**Christine F. Winchester, Clerk**
Charlotte Division

Jenny P. Holman
Chapter 13 Trustee