# TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 21-30435          Claim ID # : 0

Debtors:    ALICIA BROWN
               4025 Essex Rd.
               Pikesville, MD  21207

Account Number:

Creditor Information:   ALICIA BROWN
                            4025 Essex Rd.
                            Pikesville, MD  21207

FILED
U.S. Bankruptcy Court
Western District of NC
OCT 18 2024
Christine F. Winchester, Clerk
Charlotte Division

Amount of Turnover: $73.21          73-Dbtr Ref-Case Clsd

**Total Turnover Amount: $73.21**

Dated: 10/16/2024

                                                                           Jenny P. Holman
                                                                          Chapter 13 Trustee